**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CIMINO, FRANK | § Case No. 09-20243 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 12/23/2010 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends cccpursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  10/23/2010         By:  JOSEPH R. VOILAND
                                      Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CIMINO, FRANK | § | Case No. 09-20243 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $ 4,001.80

*and approved disbursements of*  $ 0.00

*leaving a balance on hand of* [1]  $ 4,001.80

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $ 1,000.33 | $ 79.16 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,847.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank | $ 1,544.47 | $ 76.69 |
| 2 | Advanta Bank Corp | $ 25,731.06 | $ 1,277.56 |
| 3 | Chase Bank USA, N.A. | $ 10,084.04 | $ 500.68 |
| 4 | American Express Centurion Bank | $ 112.13 | $ 5.57 |
| 5 | American Express Bank, FSB | $ 6,599.63 | $ 327.67 |
| 7 | GE Money Bank dba LOWES CONSUMER | $ 4,174.18 | $ 207.25 |
| 8 | PRA Receivables Management, LLC | $ 7,394.67 | $ 367.15 |
| 9 | Fia Card Services, NA/Bank of America | $ 3,207.32 | $ 159.24 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*
                          N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*
                          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00. The secured claim of SunTrust Mortgage in the amount of $413,773.74 was disallowed.

Prepared By: /s/JOSEPH R. VOILAND
                              Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: driddick               Page 1 of 1                  Date Rcvd: Nov 02, 2010
Case: 09-20243                Form ID: pdf006              Total Noticed: 31

The following entities were noticed by first class mail on Nov 04, 2010.
 db           +Frank Cimino,    35W375 Maple Ln,    Saint Charles, IL 60174-6751
 aty          +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
 tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
14847210     ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court: Advanta Bank Corp,      Becket and Lee LLP,    POB 3001,
                 Malvern, PA 19355-0701)
13998825     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14897577      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14897576      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
13998826      American Republic Ins Co,    PO Box 9287,    Des Moines, IA 50306-9287
13998827     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
13998828     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14892708      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13998829      Citi Mortgage Inc,    Attention: Bankruptcy Department,     Po Box 79022, Ms322,
                 St. Louis, MO 63179
14233697     +CitiMortgage, Inc.,     1000 Technology Drive,    O Fallon, Missouri 63368-2240
13998835     +Fifth Third Bank,    Card Center,    P.O Box 740789,    Cincinnati, OH 45274-0789
13998832     +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,     1850 East Paris,
                 Grand Rapids, MI 49546-6210
14044855     +Fifth Third Bank,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
13998833     +Fifth Third Bank,    21 E State St,    Columbus, OH 43215-4208
13998823     +Fifth Third Bank Cc,    38 Fountain Square,     Cincinnati, OH 45263-0001
13998822     +Fith Third Bank Cc,    38 Fountain Square,     Cincinnati, OH 45263-0001
13998836     +Green Sky,    35W375 Maple Ln,    Saint Charles, IL 60174-6751
13998838     +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
13998839     +Karen Barron,    1032 Elm St.,     Saint Charles, IL 60174-4127
15185559     +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    c/o GM,    POB 41067,
                 NORFOLK VA 23541-1067
13998841      Suntrust Mortgage iNC,    1001 Semmes Ave,    PO Box 27767 RVW 3034,    Richmond, VA 23261-7767

The following entities were noticed by electronic transmission on Nov 03, 2010.
13998824      E-mail/Text: bkr@cardworks.com                           Advanta Bank Corp,    Po Box 844,
                 Spring House, PA 19477
14835146      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 03 2010 02:07:30      Discover Bank,
                 DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
13998830     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 03 2010 02:07:30      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
15196023      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 03 2010 02:06:51
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                 Oklahoma City, OK 73124-8809
14968889     +E-mail/PDF: gecsedi@recoverycorp.com Nov 03 2010 02:16:16      GE Money Bank dba LOWES CONSUMER,
                 Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13998837     +E-mail/Text: bankruptcy@hraccounts.com                           H & R Accounts Inc,    Po Box 672,
                 Moline, IL 61266-0672
13998840     +E-mail/PDF: gecsedi@recoverycorp.com Nov 03 2010 02:16:16      Lowes / MBGA,
                 Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13998831*    +Discover Fin,    Attention: Bankruptcy Department,     Po Box 3025,    New Albany, OH 43054-3025
13998834*    +Fifth Third Bank,    21 E State St,    Columbus, OH 43215-4208
                                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**                    **Signature:** _Joseph Speetjens_