**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CIMINO, FRANK § Case No. 09-20243
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $589,200.00        Assets Exempt: $28,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,921.81        Claims Discharged
                                                  Without Payment: $55,925.69

Total Expenses of Administration: $1,079.49

3) Total gross receipts of $ 4,001.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,001.88 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $413,773.74 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,079.49 | 1,079.49 | 1,079.49 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 58,847.50 | 58,847.50 | 2,921.81 |
| **TOTAL DISBURSEMENTS** | $0.00 | $473,700.73 | $59,926.99 | $4,001.30 |

     4) This case was originally filed under Chapter 7 on June 03, 2009. The case was pending for 21 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2011      By: /s/JOSEPH R. VOILAND
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| State Bank checking account | 1129-000 | 600.00 |
| Misc household furniture & appliances: TV, washe | 1129-000 | 250.00 |
| Camera | 1129-000 | 50.00 |
| 1999 Ford E250 134,000 miles | 1129-000 | 50.00 |
| 2004 Honda VTX300 Motorcycle | 1129-000 | 2,000.00 |
| 1984 Marlen Speedboat w/ trailer | 1129-000 | 1,000.00 |
| computer, printer | 1129-000 | 50.00 |
| Interest Income | 1270-000 | 1.88 |
| **TOTAL GROSS RECEIPTS** | | **$4,001.88** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Sun Trust Mortgage, Inc. | 4110-000 | N/A | 413,773.74 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$413,773.74** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,000.33 | 1,000.33 | 1,000.33 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 79.16 | 79.16 | 79.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,079.49 | 1,079.49 | 1,079.49 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 1,544.47 | 1,544.47 | 76.69 |
| 2 | Advanta Bank Corp | 7100-000 | N/A | 25,731.06 | 25,731.06 | 1,277.56 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 10,084.04 | 10,084.04 | 500.68 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 112.13 | 112.13 | 5.57 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 6,599.63 | 6,599.63 | 327.67 |
| 7 | GE Money Bank dba LOWES CONSUMER | 7100-000 | N/A | 4,174.18 | 4,174.18 | 207.25 |
| 8 | PRA Receivables Management, LLC | 7100-000 | N/A | 7,394.67 | 7,394.67 | 367.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 3,207.32 | 3,207.32 | 159.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 58,847.50 | 58,847.50 | 2,921.81 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-20243  
**Case Name:** CIMINO, FRANK  

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 06/03/09 (f)  
**§341(a) Meeting Date:** 07/20/09  

**Period Ending:** 03/02/11  
**Claims Bar Date:** 03/11/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 35W375, Single Family Home | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1032 Elm St., St. Charles, Rental Property- Sing | 349,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | State Bank checking account | 600.00 | 600.00 | | 600.00 | FA |
| 4 | State Bank business checking account | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc household furniture & appliances: TV, washe | 1,300.00 | 1,300.00 | | 250.00 | FA |
| 6 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Camera | 175.00 | 175.00 | | 50.00 | FA |
| 8 | Jackson National Life Insurance Company- IRA | 6,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Cobra Construction Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1999 Ford E250 134,000 miles | 750.00 | 750.00 | | 50.00 | FA |
| 11 | 2007 Ford F250 pick up | 9,200.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Honda VTX300 Motorcycle | 5,000.00 | 2,600.00 | | 2,000.00 | FA |
| 13 | 1984 Marlen Speedboat w/ trailer | 1,500.00 | 0.00 | | 1,000.00 | FA |
| 14 | computer, printer | 400.00 | 400.00 | | 50.00 | FA |
| 15 | Tools, misc hand tools, compressor | 2,500.00 | 1,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.88 | FA |
| 16 | Assets    Totals (Excluding unknown values) | $598,925.00 | $6,825.00 | | $4,001.88 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    May 1, 2010          **Current Projected Date Of Final Report (TFR):**    October 23, 2010  (Actual)

Printed: 03/02/2011 04:31 PM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-20243 | | Trustee: | JOSEPH R. VOILAND (330380) |
| --- | --- | --- | --- | --- |
| Case Name: | CIMINO, FRANK | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****90-65 - Money Market Account |
| Taxpayer ID #: | **-***5522 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 03/02/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/22/09 | | State Bank of Illinois | proceeds for purchase of debtor's non-exempt assets | | 4,000.00 | | 4,000.00 |
| | {3} | | 600.00 | 1129-000 | | | 4,000.00 |
| | {5} | | 250.00 | 1129-000 | | | 4,000.00 |
| | {7} | | 50.00 | 1129-000 | | | 4,000.00 |
| | {10} | | 50.00 | 1129-000 | | | 4,000.00 |
| | {12} | | 2,000.00 | 1129-000 | | | 4,000.00 |
| | {13} | | 1,000.00 | 1129-000 | | | 4,000.00 |
| | {14} | | 50.00 | 1129-000 | | | 4,000.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.02 | | 4,000.02 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.16 | | 4,000.18 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.15 | | 4,000.33 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.15 | | 4,000.48 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.17 | | 4,000.65 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.10 | | 4,000.75 |
| 04/20/10 | | Wire out to BNYM account 9200******9065 | Wire out to BNYM account 9200******9065 | 9999-000 | -4,000.75 | | 0.00 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -4,000.75 | 0.00 | |
| | | | **Subtotal** | | **4,000.75** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.75** | **$0.00** | |

{} Asset reference(s)  Printed: 03/02/2011 04:31 PM   V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-20243  
**Case Name:** CIMINO, FRANK  

**Taxpayer ID #:** **-***5522  
**Period Ending:** 03/02/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******90-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | 9999-000 | 4,000.75 | | 4,000.75 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 4,000.83 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,001.07 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,001.30 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,001.54 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,001.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,001.80 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,001.83 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,001.86 |
| 12/23/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 4,001.88 |
| 12/23/10 | | To Account #9200******9066 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 4,001.88 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,001.88 | 4,001.88 | $0.00 |
| | | | Less: Bank Transfers | | 4,000.75 | 4,001.88 | |
| | | | **Subtotal** | | 1.13 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.13** | **$0.00** | |

{} Asset reference(s)

Printed: 03/02/2011 04:31 PM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-20243 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
| --- | --- | --- | --- | --- |
| **Case Name:** | CIMINO, FRANK | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******90-66 - Checking Account |
| **Taxpayer ID #:** | **-***5522 | | **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Period Ending:** | 03/02/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/10 | | From Account #9200******9065 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 4,001.88 | | 4,001.88 |
| 12/23/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $79.16, Trustee Expenses;  Reference: | 2200-000 | | 79.16 | 3,922.72 |
| 12/23/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,000.33, Trustee Compensation;  Reference: | 2100-000 | | 1,000.33 | 2,922.39 |
| 12/23/10 | 103 | Discover Bank | Dividend paid   4.96% on $1,544.47; Claim# 1; Final distribution | 7100-000 | | 76.69 | 2,845.70 |
| 12/23/10 | 104 | Advanta Bank Corp | Dividend paid   4.96% on $25,731.06; Claim# 2; Final distribution | 7100-000 | | 1,277.56 | 1,568.14 |
| 12/23/10 | 105 | Chase Bank USA, N.A. | Dividend paid   4.96% on $10,084.04; Claim# 3; Final distribution | 7100-000 | | 500.68 | 1,067.46 |
| 12/23/10 | 106 | American Express Centurion Bank | Dividend paid   4.96% on $112.13; Claim# 4; Final distribution | 7100-000 | | 5.57 | 1,061.89 |
| 12/23/10 | 107 | American Express Bank, FSB | Dividend paid   4.96% on $6,599.63; Claim# 5; Final distribution | 7100-000 | | 327.67 | 734.22 |
| 12/23/10 | 108 | GE Money Bank dba LOWES CONSUMER | Dividend paid   4.96% on $4,174.18; Claim# 7; Final distribution | 7100-000 | | 207.25 | 526.97 |
| 12/23/10 | 109 | PRA Receivables Management, LLC | Dividend paid   4.96% on $7,394.67; Claim# 8; Final distribution | 7100-000 | | 367.15 | 159.82 |
| 12/23/10 | 110 | Fia Card Services, NA/Bank of America | Dividend paid   4.96% on $3,207.32; Claim# 9; Final distribution | 7100-000 | | 159.24 | 0.58 |
| | | | **ACCOUNT TOTALS** | | 4,001.88 | 4,001.30 | **$0.58** |
| | | | Less: Bank Transfers | | 4,001.88 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,001.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,001.30** | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****90-65** | 4,000.75 | 0.00 | 0.00 |
| **MMA # 9200-******90-65** | 1.13 | 0.00 | 0.00 |
| **Checking # 9200-******90-66** | 0.00 | 4,001.30 | 0.58 |
| | **$4,001.88** | **$4,001.30** | **$0.58** |

{} Asset reference(s)    Printed: 03/02/2011 04:31 PM    V.12.54